

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2015

No. 04-14-00813-CV

**IN RE PRECISION SHOOTING EQUIPMENT, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Sandee Bryan Marion, Chief Justice
                 Marialyn Barnard, Justice
                 Patricia O. Alvarez, Justice

      Relator filed this petition for writ of mandamus on November 21, 2014, complaining of the trial court's failure to rule on a pending motion. This court has been advised that the trial court has since ruled on the pending motion which is the subject of this mandamus proceeding.

      Accordingly, this original mandamus proceeding is reinstated and DISMISSED AS MOOT.

      It is so **ORDERED** on March 9, 2015.

PER CURIAM

ATTESTED TO: _____
                 Keith E. Hottle
                 Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-1280, styled *Precision Shooting Equipment, Inc. v. Manuel Medina III, Individually and d/b/a M3 Outfitters*, pending in the County Court, Zapata County, Texas, the Joe Rathmell presiding.